DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES R. CORBETT,**
Appellant,

v.

**OAKMONT CUSTOM HOMES, LLC,**
a Florida Limited Liability Company,
Appellee.

No. 4D2024-2938

[October 30, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Elizabeth A. Metzger, Judge; L.T. Case No. 2019CA000266.

Jason M. Melton and William J. Sheslow of Whittel & Melton, LLC, Spring Hill, for appellant.

Louis E. Lozeau, Jr., of Wright, Ponsoldt & Lozeau, Trial Attorneys, LLP, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***